■ In the Matter of **LARRY GURLEY**, Respondent, v **HAROLD J. SMITH**, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously affirmed *(see, People ex rel. Corcoran v Smith,* 105 AD2d 1142; *Matter of Jones v Smith,* 120 Misc 2d 445, *affd* 101 AD2d 705, *affd* 64 NY2d

1003). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J., art 78.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.